THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINNIE STEINERT and ERNEST STEINERT, wife and husband,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>WYETH dba WYETH, INC., a Delaware corporation; WYETH PHARMACEUTICALS, INC., a Delaware corporation; PHARMACIA & UPJOHN COMPANY L.L.C. f/k/a PHARMACIA & UPJOHN COMPANY, a Delaware corporation; and PFIZER INC., a Delaware corporation; BARR PHARMACEUTICALS, INC.; GREENSTONE, LTD., f/k/a GREENSTONE GENERICS, LTD., f/k/a GREENSTONE, LTD.,<br><br>                                    Defendants. | NO. C05-1201 MJP<br><br>STIPULATION AND ORDER EXTENDING DEADLINES<br><br>*(Clerk's Action Required)* |

STIPULATION AND ORDER EXTENDING
DEADLINES [C05-1201 MJP] - 1

/KAC/1160.797

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

STIPULATION

Plaintiff and the Wyeth defendants stipulate as follows:

1.  This case is one of more than five hundred pending federal cases in which plaintiffs seek relief in connection with their use of the prescription drug Prempro.

2.  On March 4, 2003, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") ordered that centralization pursuant to 28 U.S.C. § 1407 was appropriate for the litigation concerning claims for relief by Prempro users, and the Panel issued a Transfer Order assigning the litigation to Judge William R. Wilson, Jr. of the Eastern District of Arkansas. *See In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW (E.D. Ark.).

3.  Pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Wyeth has notified the Panel that this case qualifies as a "tag-along" action. It is to be expected that the Panel will shortly issue a Conditional Transfer Order listing this case.

4.  Under Practice and Procedure Order No. 1 of *In re Prempro Products Liability Litigation,* MDL Docket No. 4:03CV 1507 WRW, Wyeth is relieved of its obligation to answer complaints in "tag-along" actions and one of two answers on file with the MDL court are deemed the answer in such actions.

5.  All deadlines, including but not limited to defendants' time to file a responsive pleading, preparation and filing of a joint status report, exchange of initial disclosures, and

STIPULATION AND ORDER EXTENDING
DEADLINES [C05-1201 MJP] - 2

/KAC/1160.797

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

other preliminary case activities shall be extended until thirty (30) days after transfer to the MDL Court is effective, or as otherwise ordered by the MDL Court.

DATED this 30th day of August, 2005.

WILSON SMITH COCHRAN DICKERSON

By /s/ Kathy A. Cochran
　　Kathy A. Cochran, WSBA# 5775
　　of Attorneys for Wyeth Defendants

KRAFT PALMER DAVIES, PLLC

Per telephone authorization
By /s/ Lance Palmer
　　Lance Palmer, WSBA# 18141
　　Of Attorneys for Plaintiff

ORDER

Based on the above Stipulation, IT IS SO ORDERED.

DATED this _7th_ day of ___September_____, 2005.

Marsha J. Pechman
U.S. District Judge

STIPULATION AND ORDER EXTENDING
DEADLINES [C05-1201 MJP] - 3

/KAC/1160.797

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

Presented by:

WILSON SMITH COCHRAN DICKERSON

By /s/ Kathy A. Cochran
    Kathy A. Cochran, WSBA# 5775
    of Attorneys for Wyeth Defendants

KRAFT PALMER DAVIES, PLLC

    Per telephone authorization
By /s/ Lance Palmer
    Lance Palmer, WSBA# 18141
    Of Attorneys for Plaintiff

STIPULATION AND ORDER EXTENDING
DEADLINES [C05-1201 MJP] - 4

/KAC/1160.797

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## DECLARATION OF SERVICE

I hereby certify that on 8/30/05, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED 8/30/05, at Seattle, Washington.

                                           /s/ Traci Jay
                                           Traci Jay

STIPULATION AND ORDER EXTENDING
DEADLINES [C05-1201 MJP] - 5

/KAC/1160.797

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273